JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA RUIZ, | Case No. CV 18-9486-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED that (1) Plaintiff's request for an order reversing or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming his final decision and dismissing the action is GRANTED; and (3) judgment be entered in the Commissioner's favor.

DATED: November 22, 2019

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge